FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

AUG 15 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07-CR-177-MEF |
| | ) | [29 U.S.C. § 501(c)] |
| BRIDGETT CARDALL HOOKS | ) | |
| | ) | **INDICTMENT** |
| | ) | |

The Grand Jury charges:

## COUNT 1

From on or about October 31, 2005, until on or about December 3, 2006, in Houston County, within the Middle District of Alabama, and elsewhere, the defendant,

**BRIDGETT CARDALL HOOKS**,

while acting as Secretary-Treasurer of American Postal Workers Union, Local 332, a labor organization engaged in an industry affecting interstate commerce, did engage in an ongoing scheme where she embezzled, stole and unlawfully and willfully abstracted and converted to her own use or the use of another the moneys, funds, securities, property, and other assets of said labor organization by writing herself unauthorized and improper checks drawn on the labor organization's checking account and by conducting unauthorized and improper purchases and withdrawals with her union debit card, totaling approximately $10,820.17 in union funds.

All in violation of Title 29, United States Code, Section 501(c).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 29, United States Code, Section 501(c), as alleged in Count 1 of this indictment, the defendant,

### BRIDGETT CARDALL HOOKS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any and all property real and personal, which constitutes or is derived from proceeds traceable to a violation of Title 29, United States Code, Section 501(c) as alleged in Count 1 of this indictment, including but not limited to the following:

> A sum of money equal to Ten Thousand Eight Hundred Twenty Dollars and 17/100 in United States currency, representing the amount of proceeds obtained as a result of the offense in violation of Title 29, United States Code, Section 501(c).

C. If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the

Court;

      (4)    has been substantially diminished in value; or

      (5)    has been commingled with other property which

cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney

-3-