IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO. 1:07-cr-177-MEF |
| **BRIDGETT CARDALL HOOKS** | ) ) ) | |

**United States' Notice of Potential Conflict**

Pursuant to the Court's December 10, 2007 Order, DE # 14, the United States hereby respectfully notifies this Court that counsel likely will have a potential conflict if the Court were to move the trial of this case to the two-week term of court commencing on February 11, 2008. Currently, Counsel for the United States has two cases–*United States v. Norman McElroy*, 2:07-cr-104-WKW, (M.D. Ala. 2007) and *United States v. Jerry Alan Penton*, 2:07-cr-176-WKW, (M.D. Ala. 2007)–which are likely to go to trial on the two week trial calendar beginning on February 4, 2008, in front of Judge W. Keith Watkins. *McElroy* will likely take 2 days to try and *Penton* will take 2-4 days to try.

Counsel for the United States also has two other cases set on the February 4th term, but currently believes that these cases will likely settle prior to trial. Counsel for the United States has contacted the office of the counsel for defendant, Christine Freeman–who is also trial counsel in *McElroy*–to obtain her position on this possible conflict. As of this time, however, counsel for the United States has not been able to obtain her position in matter. The defendant in this case is currently on bond.

Respectfully submitted this the 17th day of December, 2007,

        LEURA G. CANARY
        United States Attorney

        /s/ Christopher A. Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36101-0197
        334.223.7280
        334.223.7135 fax
        christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on December 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

        /s/ Christopher A. Snyder
        CHRISTOPHER A. SNYDER