IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CASE NO. 1:07-cr-177-MEF |
| ) | |
| BRIDGETT CARDALL HOOKS ) | |

# **O R D E R**

It is hereby ORDERED that the trial of this case set for January 14, 2008 is rescheduled for the criminal trial term commencing on **February 11, 2008** at the United States Courthouse **in Dothan, Alabama**.

The Magistrate Judge shall conduct a pretrial conference prior to the February 11, 2008 trial term.

It is further ORDERED that a status conference is set for December 19, 2007 at 1:30 p.m. by conference call.

DONE this the 18th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE