**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )     CASE NO: 1:07-CR-177-MEF |
| | ) |
| **BRIDGETT CARDALL HOOKS** | ) |

**UNOPPOSED MOTION TO EXTEND TIME**
**TO FILE NOTICE OF INTENT TO PLEA**

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman and, respectfully moves this Court to extend the time to file Notice of Intent to Plea to January 30, 2008.

In support of this Motion, defendant would show:

1.Counsel for the prosecution has authorized undersigned counsel to state that the prosecution does <u>not</u> oppose this motion.

2.Undersigned counsel believed the date to file Notice of Intent to Plea was January 30, 2008, which is twelve days prior to the date this matter is set for trial.

3.Undersigned counsel is out-of-town and unavailable to consult with the defendant, and became aware today that the date for Notice was on or before Noon on January 23, 2008.

4.Undersigned counsel has made a pretrial diversion request of the government, but should that be denied, undersigned counsel is certain this matter will be resolved without a trial.

**WHEREFORE**, defendant respectfully requests that this Motion be granted, and the

date for Notice of Intent to Plea be reset for Noon on January 30, 2008.

          Respectfully submitted,

          **s/Christine A. Freeman**
          **CHRISTINE A. FREEMAN**
          **TN BAR NO.: 11892**
          Federal Defenders
          Middle District of Alabama
          201 Monroe Street, Suite 407
          Montgomery, AL 36104
          TEL:  (334) 834-2099
          FAX:  (334) 834-0353
          E-Mail: Christine_Freeman@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Esq., Assistant United States Attorney.

          **s/Christine A. Freeman**
          **CHRISTINE A. FREEMAN**
          **TN BAR NO.: 11892**
          Federal Defenders
          Middle District of Alabama
          201 Monroe Street, Suite 407
          Montgomery, AL 36104
          TEL:  (334) 834-2099
          FAX:  (334) 834-0353
          E-Mail: Christine_Freeman@fd.org