IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
   v                                )     CRIMINAL ACTION NO.
                                    )     1:07CR177-MEF
BRIDGETT CARDELL HOOKS              )

ORDER

After careful consideration of the Motion for Extension of Time to File Notice of Intent To Change Plea Hearing (Doc. 19, filed 1/24/2008), the motion is GRANTED.

DONE this 25th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
U. S. MAGISTRATE JUDGE