IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 1:07-CR-177-MEF |
| ) | |
| BRIDGETT CARDALL HOOKS ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW** the Defendant, **BRIDGETT CARDALL HOOKS**, by and through undersigned counsel, Christine A. Freeman, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty. Mrs. Hooks waives her right to plea in front of a district judge, and consents to do so before a magistrate judge. Mrs. Hooks' plea will be made in the absence of an agreed upon plea agreement.

Mrs. Hooks has recently begun new employment. She is currently working within a probationary period that does not allow her to take leaves of absence. That probationary period ends on February 28, 2008. So that Mrs. Hooks' employment will not be jeopardized or lost, she respectfully requests that the date of her change of plea hearing be set after February 28, 2008.

Dated this 29th day of January 2008

Respectfully submitted;

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Counsel for Bridgett Cardall Hooks
Federal Defenders
Middle District of Alabama

>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Esquire, Assistant United States Attorney.

>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Counsel for Bridgett Cardall Hooks
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org