IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:07-CR-177-MEF** |
| | ) | |
| **BRIDGETT CARDALL HOOKS** | ) | |

**UNOPPOSED MOTION TO CONTINUE**

**COMES NOW** the Defendant, **BRIDGETT CARDALL HOOKS**, by and through the undersigned counsel, Christine A. Freeman, and pursuant to 18 U.S.C. § 3161(h), and respectfully moves this Court to move this matter from the February 11, 2008 trial docket.

In support of this Motion, Mrs. Hooks would show:

1.  Mrs. Hooks is indicted for misappropriation of an amount under $11,000. The true owner(s) of these funds have already received re-payment of some or all of these funds from Mrs. Hooks. Mrs. Hooks intends to enter a plea of guilty to this indictment. A "Notice of Intent to Change Plea" has been filed contemporaneously with this "Unopposed Motion to Continue."

2.  Mrs. Hooks recently began new employment, and she is currently working within a probationary period that does not allow her to take leaves of absence. Her probationary period ends on February 28, 2008.

3.  So that Mrs. Hooks' employment will not be jeopardized or lost, she respectfully requests that a continuance of the February 11, 2008 trial date be granted in her case to facilitate the setting of her change of plea hearing on a date after her probationary

period ends.

4.       Counsel for the prosecution has authorized undersigned counsel to state that the prosecution does not oppose this motion.

**WHEREFORE**, Mrs. Hooks respectfully requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Bridgett Hooks
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Synder, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Bridgett Hooks
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org