IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cr-177-MEF |
| | ) | |
| BRIDGETT CARDALL HOOKS | ) | |

# **O R D E R**

Upon consideration of the defendant's Unopposed Motion to Continue (Doc. #23) filed on January 29, 2008, and the conference the court held with counsel on January 30, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this 31st day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE