IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
__SOUTHERN__ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  CR NO. __1:07CR177-MEF__ |
| | ) |
| BRIDGETT CARDALL HOOKS | ) |

CONSENT

I, __Bridgett Cardall Hooks__, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my attorney, hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

DONE, this the __7th__ Day of __February__, 2008.

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT