IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:07-CR-177-MEF |
| | ) | |
| BRIDGETT CARDALL HOOKS | ) | |

## NOTICE OF FILING EXHIBITS IN SUPPORT OF SENTENCING POSITION

The Defendant, Bridgett Cardall Hooks, gives notice of the filing of the following

exhibits in support of her sentencing position:

## TABLE OF EXHIBITS

**Exhibit Number     Exhibit Name**

**Education**

1.   Mrs. Hooks' Yearbook Picture Showing That She Was Vice-president of Her Senior Class;

2.   Mrs. Hooks' Yearbook Picture Showing That She Was President of the Student Government Association;

3.   Mrs. Hooks' Yearbook Picture Showing That She Was Assistant Editor of the Elba High School Yearbook;

4.   Newspaper Article Regarding Mrs. Hook's Accomplishments at Elba High School;

5.   Mrs. Hooks' High School Diploma;

6.   Phi Theta Kappa Certificate Awarded to Mrs. Hooks on November 3, 1996;

**Family Photographs**

7.   Photograph of Mrs. Hooks' Parents and Siblings in 1980;

8.   Photograph of Mrs. Hooks' Parents and Siblings in 1987;

9.   Elba High School Yearbook Ad from Mrs. Hook's Family;

10.  Photograph of Mrs. Hooks' Parents and Siblings in 2002;

11.  Photograph of Mrs. Hooks' Grandmother;

12.  Mrs. Hook's Certificate of Marriage;

13.  Photograph of Mrs. Hooks with Her Husband, Derrick Hooks, and Son, Jalen Hooks;

14.  Photographs of Jalen Hooks in His Baseball and Football Uniforms;

15.  Photograph of Peyton Hooks at One Year Old;

16.  Photograph of Jalen and Peyton Hooks;

17.  Family Reunion Photograph of Mrs. Hooks' Family in 1999;

**Letters of Support**

18.  Letter from Mary Bass;

19.  Letter from Christine Wilson;

20.  Letter from Mrs. Hooks' father, Elder JC Rodgers.

Respectfully submitted,

  s/Christine Freeman
**CHRISTINE A. FREEMAN**
TN BAR NO.: 11892
Attorney for Bridgett Cardall Hooks
Federal Defenders
Middle District of Alabama

2

201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:07-CR-177-MEF |
| | ) | |
| BRIDGETT CARDALL HOOKS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher A. Snyder, Esquire, 131 Clayton Street , Montgomery, Alabama 36104

**Respectfully submitted,**

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
TN BAR NO.: 11892
Attorney for Bridgett Cardall Hooks
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

3

# SENIORS



**Mrs. Hooks' Elba High School Yearbook Photograph showing that she was Vice-President of her Senior class.**

Class President: Chad Tindol
Vice President: Bridgett Rodgers
Secretary/Treasurer: Tina Coleman
Reporter: Jay Grider
Class colors: Ivory and Peach
Class Motto: Not where we stand but in what direction we are moving.




Christopher Armstrong


Krystal Dawn Bane


Kevin LaShawn Barnes


James Edward Bess, Jr.


Phillip Eugene Boggan II


Catherine Rachelle Boothe


Michael D. Boothe


Christina Diane Bradshaw


Anthony Charles Brooks


Ernest Lavan Brooks


Joseph Lamar Brooks


Melony Ann Byrd


Timothy Caldwell


Gaberial Rexton Campbell


Bobbie Cauley-Layton


Monique LaVorne Coleman


S. Jason Colvin



DEFENDANT'S EXHIBIT



# STUDENT COUNCIL



The Student Council is a student-elect body whose members are in grades 7-1 These students represent the entire s dent body in meetings concerning stude activities, and sponsor projects by whi to raise money for school improvemen



President — Bridgett Rodgers; Vice-President — Rusty Bedsole; Secretary — Gina Stokes; Treasurer — Kelly Carroll.



First row: G. Stokes, R. Bedsole, B. Rodgers, K. Carroll, Second row: H. Stinson, H. Stinson, L. Hammond, E. Strong, F. Tillis, Third row: C. Howe, W. Flowers, J. Jacobs, D. Rowe, T. Young, J. Lawrence.



DEFENDANT'S EXHIBIT

2

Case 1:01-cv-00777-MEF-TFM    Document 52-2    Filed 04/21/2008    Page 5 of 2

# ELBALA

The 1990 Elbala Staff consisted of six seniors determined to make this Yearbook a unique endeavor. No one on the staff, including the sponsor, had any previous experience in yearbook production. After the Editor and Assistant Editor had been named, all the other assignments were made.

The Editor and Assistant Editor had the responsibility of helping the sponsor coordinate and finalize all activities. They also put together the opening and closing of the yearbook. The Sports Editor was responsible for coverage of all J.V. and Varsity sports and cheerleaders. The Finance Editor was responsible for organizing and putting together the Ad section. The Staff Assistant was responsible for helping with the Student Life section and its photography.





Editor — Matt Morrow, Assistant Editor — Bridgett Rodgers

Sports Editor — Willie Flowers

Finance Editor — Kevin Matthews

Staff Assistant — Chad Tindol





DEFENDANT'S EXHIBIT
3



A Prayer For The 1996 Graduates

Heavenly Father,
We're so proud
of our young people today!
They're scrappy,
Sensitive,
Trying hard
To work out what's right.
To live the way you taught us.
For many of them it's commence-
ment time.
But though classes may be over,
This is no ending:
The confusing times,
The questioning, uncertain times
Are now commencing.
Lord, help us to help them
as they get their bearings,
Set their goals,
Work steadfastly
Towards the only prizes that real-
ly matters: yours.

Selected

Today is a good day. Be grateful!
Eria

**Bridgett Cordell Rodgers**

Bridgett Cordell Rodgers has beauty, poise and brains. She is the 18 year old daughter of Elder J. C. and Juanita Rodgers, Elba, Al. and a brother, James K. Rodgers and a sister Lawanda Rodgers.

Bridgett said, My church membership is in the Opp Church of God In Christ, Opp, Al. I am the Youth Choir president, Sunday School secretary ans a member of The Purity Calss.

I attended Elba High School (K-12). Served on the Homecoming Court as the Black Attendant in the 9th grade and was vice-president of the junior class & vice-president of S.A.D.D. in the 11th grade. In E.H.S band for 5 years and served as secretary and saxophone (alto) section leader 2 years. For 2 years I played Tenor saxophone received the United States Achievement (U.S.A.A.) Award for music. Even though I am not in the band now. I continue playing my saxophone at home and in church.

Now I'm the Student Government Association (SGA) president; Vice president of the Senior Class; member of Mu Alpha Theta; S.A.D.D.; Elbala "Making A Statement" Yearbook, Staff Ass. Editor; Who's Who Among American High School Students in Math and Elba Interact Club treasurer.

After graduation I plan to attend Troy State University in September, majoring in Computer Engineering and Computer Applications as a minor.

Bridgett also said, "I know it won't be easy. There will be pains, tribulations and downfalls may come, but with Christ, family and friends and belief in myself, I can make it."

By all of this we see that Bridgett will not put her education and ambition "on hold". Smart lady don't you think? She also takes pride in her heritage and culture.

God bless you Bridgett and we are proud of you. *



**DEFENDANT'S
EXHIBIT**

tabbies

4

DEFENDANT'S EXHIBIT
5
tabbies

# Elba High School



Elba, Alabama

## Bridgett Cordell Rodgers

having satisfactorily completed the prescribed Course of Study in conformity with the requirements and standards set up by the State Board of Education for Accredited High Schools in Alabama, and by the Southern Association of Colleges and Schools is awarded this

## Diploma

In testimony whereof, we have affixed our signatures.

June 1, 1990
Date of Award

Chairman, Board of Education



Superintendent of Education

Principal



DEFENDANT'S
EXHIBIT
6

Phi Theta Kappa

This is to Certify That

**Bridgett Carroll Brooks**

has complied with all the requirements for,
and has been inducted into the

Phi Theta Kappa Society

International Scholastic Order

of the

Two - Year College

In witness of which we have caused the great seal of this Society to be
hereto affixed and inscribed our signatures.

EXECUTIVE DIRECTOR

November 3, 1995

DATE

CHAPTER ADVISOR

CHAPTER

Tau Mu

Mrs. Hooks' family portrait taken in 1980.  Pictured from left to right;
Lawanda Rodgers-Echols, Mrs. Bridgett Rodgers-Hooks, Rev. J. C. Rodgers,
Mrs. Juanita Rodgers and James Keith Rodgers



DEFENDANT'S
EXHIBIT

7

DEFENDANT'S EXHIBIT



Mrs. Hooks' faily Portrait taken in 1987.

Lawanda

James

Bridgette Hooks

Mrs. Rodgers

Rev. Rodgers

# RODGERS BARBERING
# AND
# STYLE SHOPPE

The Family Business That Takes Pride
In Their Work And Believe In Having
A Satisfied Customer. Specialize In
Perm Relaxers, Curls, And Cuts

Reach For The Stars Bridgett





Congratulations Seniors &
Especially Bridgett

J.C. Rodgers — Manager

Juanita Rodgers — Cosmotologist

Rt. 2 Box 193
Elba, AL 36323

897-5385
Day Or Night









DEFENDANT'S
EXHIBIT
9



Photograph of Mrs. Hooks' siblings and parents in 2002.

DEFENDANT'S
EXHIBIT
10

DEFENDANT'S
EXHIBIT

11

tabbies.



Photograph of Mrs. Hooks' maternal grandmother, Adell Underwood.

# CERTIFICATE OF MARRIAGE

## STATE OF ALABAMA, COFFEE COUNTY

This certifies that the within named    **DERRICK DEVON HOOKS DOB: 12-31-71**    were
<br>(NAME OF GROOM)

and    **BRIDGETT CORDELL RODGERS DOB: 05-17-72**
<br>(NAME OF BRIDE)

united in marriage by    **J.C. RODGERS, MINISTER**    on the    **29TH**    day of
<br>(MINISTER OR LEGALLY AUTHORIZED OFFICER)

**MAY**    **1993** , in the County of    **COFFEE** , City or

Town of    **ELBA** , in the State of Alabama.

---

## THE STATE OF ALABAMA, COFFEE COUNTY.

I, William O. Gammil, Judge of Probate for said County in said State, hereby certify that the above and foregoing transcript is a true and correct copy of the Marriage License and Certificate of Marriage of said parties as the same appears of record in my office, in Marriage Record No.    **20** .
Page    **176** .

Given under my hand and official Seal at    **ENTERPRISE** ,
Alabama, this the    **3RD**    day of    **OCTOBER** , **2007**

*William O. Gammil*
<br>JUDGE OF PROBATE

DEFENDANT'S EXHIBIT

12

tabbies®



Family Portrait of Mrs. Hooks, her son Jalen, and her husband, Derrick Hooks, in 1999.

DEFENDANT'S
EXHIBIT

13

# Jalen J. Hooks
## Sport Center
## 1999 - 2001



2001 age 7
New Brockton
Gamecocks



2000 age 6
Enterprise Cowboys



1999 age 4
Elba Rockies





2000 age 6
Enterprise Angels

2001 age 7
Enterprise DelvilRays





Photographs of Mrs. Hooks' son, Jalen Hooks.

DEFENDANT'S EXHIBIT

14

# Peyton Hooks, at one year old



DEFENDANT'S
EXHIBIT
15



Jalen Hooks at age ten

Peyton Hooks at 1 year old

DEFENDANT'S EXHIBIT

16

tabbies



DEFENDANT'S EXHIBIT 17 tabbies

# Christine M. Wilson
Post Office Box 283
Florala, AL 36442

October 8, 2007

To Whom It May Concern:

I have known Mrs. Bridgett C. Hooks for seventeen years as a church member, youth director, choir director and as a friend.

She is courteous, thoughtful, honest, and dependable. She has a pleasing personality. She has a capacity for discharging responsibility.

Mrs. Hooks is sensitive to other people's feelings and shows emotional control if there are differences of opinions.

She respects authority and is willing to work hard to achieve work related goals. She exemplifies leadership qualities which enables her to work and get along with others in groups.

Mrs. Bridgett C. Hooks has the ability to be objective, and uses good judgment as part of her work experience.

Very truly yours,

*Christine M. Wilson*

Christine M. Wilson


DEFENDANT'S EXHIBIT
18



**Mary F. Bass**
P. O. Box 358
Florala, AL  36442

October 5, 2007

To Whom It May Concern:

I t is my pleasure to write a letter of recommendation for Bridgett (Rodgers) Hooks.  Bridgett is a member of the Church of God in Christ in Florala, AL.  I am also a member and serves as The Church Mother.

I have had the opportunity to observe Bridgett grow from a young child into a fine young adult.  She has proven to be a strong leader with a dynamic personality.  She has presented herself to me as a young adult with unquestionable integrity.

Bridgett takes an active role in church activities.  She is a confident leader.  She is trustworthy in all of her dealings.  She possesses many talents and is dutiful in the performance of a variety of tasks.

I make this recommendation without reservation.  Please feel free to contact me for further assistance.

Sincerely,

*Mary Bass*

Mary Bass
Church Mother
Church of God in Christ, Florala, AL

DEFENDANT'S
EXHIBIT

19

**ELDER JC AND FIRST LADY JUANITA RODGERS**
4331 HIGHWAY 141
ELBA, ALABAMA 36323
HM: 334-897-5385
EMAIL: j-jrodgers@hotmail.com

November 8, 2007

To whom it may concern:

When I was asked to write a few words about my daughter also church member, Bridgett C. Hooks, I figured who else would know her better than me. Also I am honored to do so. You see there are a lot I can say about Bridgett, all with a smile on my face.

Bridgett Hooks is my middle child, the oldest girl and the responsibility of her brother and sister has always fell on her. She was there mother and father when we were not available. During Christmas she always bought her presents last, just in case her brother and sister ran out of money before buying her mother and my gifts. That way she would buy something and put everyone's name on it. She did not think we know that but that is just how she was. When her grandfather and grandmother (her mother's parents) took ill with cancer without asking, she took leave from her job to assist the both of them. She said she only had one grandmother (my mother died before she was born) and she wanted to spend as much time with them as possible. She also said she knew that families fall apart because of things like that and she did not want that to happen to hers.

Now my father had a birthday a few years back. We did not know it would be his last. He was turning 96 years old. That's an honor! Bridgett called all nine of my siblings and told them she wanted to have him a birthday party. She wanted their permission first because he is our father and she did not want to be out of line. She made all arrangements by herself. She design shirts with his picture on it, she created programs, she went all out. The party was a success and he died three months later. God was leading her to do that.

My son and daughter both have careers that moves them around a lot but Bridgett promise us that she would only move to locations that would allow her to walk home if she had to. She said if her mother and I needed her, she wanted to be able to get home in a day if she had to walk. Her husband must truly loves her because she has done just that. She lives twenty minutes away. The farthest she has moved is about thirty minutes away. So every time I am in the hospital or her mother is in the hospital, she is the first one there. We don't need too much more TLC when she is finished.

Now as her pastor you could not ask for anyone better. She loves the kids so being choir director, teen leader, and the youth coordinator seems like second nature to her. She does have that bossy attitude but when you work with the youth department, that is a positive attribute. She is a wonderful speaker and a great singer. She creates the program needed for all worship service. She is very creative and is always trying different things. Now you know you have done well as a father/pastor when people refer to you as Bridgett Hooks' father. I did not realize until now just how of an honor that is. So if you want to know someone who puts everyone else needs before hers, or if you want to know someone who always seems happy no matte what the situation is, then you really need to know her. She will make you feel like you are the only person in the world that Christ died for so get to know Bridgett C Rodgers Hooks, my little girl.

Sincerely, her father,

JC Rodgers



DEFENDANT'S
EXHIBIT
20