## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 1:07-CR-177-MEF |
| | ) | |
| **BRIDGETT CARDALL HOOKS** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Patricia V. Kemp, and enters her appearance as counsel for **BRIDGETT CARDALL HOOKS** in the above-styled matter.

Dated this 23rd day of April 2008.

Respectfully submitted,

**s/Patricia Kemp**
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | )   CASE NO: 1:07-CR-177-MEF |
| | ) |
| **BRIDGETT CARDALL HOOKS** | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Esq., Assistant United States Attorney, 131 Clayton Street, Montgomery, AL 36101.

Respectfully submitted,

s/Patricia Kemp
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org